UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MAGISTRATE JUDGE NO. 04-812-MBB


UNITED STATES OF AMERICA

v.

THOMAS SCOLA
FEDERICO NIVAR


ORDER OF VOLUNTARY DETENTION


APRIL 13, 2004

BOWLER, Ch.U.S.M.J.

On April 12, 2004, defense counsel stated in open court that their clients would enter into a period of voluntary detention without prejudice. Both defense counsel reserved the right to reopen the matter upon motion in the interim. This court will set a prompt hearing upon the filing of the a motion to reopen.

It is therefore **ORDERED** that the defendants be detained. This court orders the defendants' detention subject to the following conditions:

    (1) The defendants be, and they hereby are, committed

to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendants be afforded reasonable opportunity for private consultation with their counsel; and

(3) On Order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendants are confined deliver the defendants to an authorized Deputy U.S. Marshal for the purpose of any appearance in connection with a court proceeding.

*Marianne B. Bowler*
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge