AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

THOMAS SCOLA

**WARRANT FOR ARREST**

CASE NUMBER: MJ# 04-812-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __THOMAS SCOLA__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute heroin, a Schedule I controlled substance

in violation of Title __21__ United States Code, Section(s) __846__

MARIANNE B. BOWLER
Name of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

Marianne B. Bowler, USMJ
Signature of Issuing Officer

April 7, 2004 @ Boston @ 2:00PM
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

WARRANT EXECUTED BY DEA

This warrant was received and executed with the arrest of the above-named defendant at _____
DEFENDANT ON 4/8/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.