AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**EXHIBIT AND WITNESS LIST**

UNITED STATES
V.
THOMAS SCOLA
FEDERICO NIVAR

Case Number: MJ# 04-812-MBB

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>PELGRO/TOBIN | DEFENDANT'S ATTORNEY<br>BASSIL/CONRAD |
|---|---|---|
| TRIAL DATE (S)<br>4/12/04 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/12/04 | | | STEVEN C. STORY; SPC. AGENT, D.E.A.; for the Government |
| 1 | | 4/12/04 | X | X | Affidavit of Agent Steven Story |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages